ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:   (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:         Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ALEJANDRO ARIAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO. 1:19-CR-00215-DAD-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ALEJANDRO ARIAS, | Date; October 13, 2021 |
| Defendant. | Time: 1:00 p.m. |
| | Courtroom: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of American, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1) By previous order, this matter was set for status on October 13, 2021.

2) By this stipulation, both parties now move to continue the status conference until February 23, 2022, and to exclude time between October 13, 2021, and February 23, 2022, under Local Code T4.

3) The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this intercepted

- 1 -

calls and test messages, photographs, and other media.  This discovery has been either produced directly to counsel and/or made available for inspection and copying.  The government anticipates producing supplemental discovery in the following seeks as well.

    b)  Counsel for defendant desires additional time to consult with his client, review the charges and discovery, conduct investigation, and discuss a potential resolution with his client and the government.

    c)  Both parties believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, takin into account the exercise of due diligence.

    d)  Based on the above-stated findings, the ends of justice served by continuing the case as requested, outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 13, 2021, to February 23, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4)  Nothing in this stipulation and order shall preclude a finding that other provisions of The Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

Dated:  September 22, 2021,                     PHILIP A. TALBERT
                                              United States Attorney

                                              */s/ ROSS PEARSON*_____
                                              ROSS PEARSON
                                              Assistant United States Attorney

Dated: September 22, 2021

*/s/ ANTHONY P. CAPOZZI*
ANTHONY P. CAPOZZI, Counsel for Defendant ALEJANDRO ARIAS (authorized by email on December 5, 2019)

### **FINDINDS AND ORDER**

IT IS SO ORDERED that the 1st Status Conference is continued from October 13, 2021, to **February 23, 2022, at 1:00 PM before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **September 22, 2021**                    /s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

- 3 -