ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:          Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ALEJANDRO ARIAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA.            ) | CASE NO.  1:19-CR-00215-ADA-BAM |
| )  | |
| Plaintiff,         ) | STIPULATION REGARDING |
| )  | EXCLUDABLE TIME PERIODS UNDER |
| v.                          ) | SPEEDY TRIAL ACT; ORDER |
| )  | |
| ALEJANDRO ARIAS,                         ) | |
| )  | |
| Defendant.         ) | |
| )  | |

     This case is set for a trial confirmation hearing on July 17, 2023, and a trial on August 8, 2023.  The parties hereby stipulate to continue the trial confirmation hearing to November 27, 2023, at 8:30 am., and the trial to December 12, 2023, at 8:30 a.m., both before the Hon. Ana de Alba, and to exclude time between July 17, 2023, and December 12, 2023, under 18 U.S.C. § 3161 (h)(7)(A), B(iv) [Local Code T4].  Counsel for defendant seeks this exclusion of time for purposes of plea negotiations.  Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The government does not object to the continuance.

     For the purpose of computing time under the Speedy Trial Act, 18 U. S.C. § 3161, et seq., within which trial must commence, the time period of July 17, 2023, to December 12, 2023,

inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Specifically, time is excluded for trial preparation, investigation, meeting with potential witnesses, and review of discovery that has been produced as well as any supplemental discovery that will be produced.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: June 23, 2023,

PHILIP A. TALBERT
United States Attorney

*/s/ Laurel Montoya*
LAUREL MONTOYA
Assistant United States Attorney

Dated: June 23, 2023,

*/s/ ANTHONY P. CAPOZZI*
ANTHONY P. CAPOZZI, Attorney for ALEJANDRO ARIAS

IT IS SO ORDERED.

Dated:   June 27, 2023

_____
UNITED STATES DISTRICT JUDGE