PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     v.<br><br>ALEJANDRO ARIAS,<br><br>                              Defendant. | CASE NO.  1:19-CR-215-ADA-BAM<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 12, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana De Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on December 12, 2023.

2. By this stipulation, both parties now move to set the matter for change of plea on January 29, 2024, vacate the jury trial date of December 12, 2023, and to exclude time between December 12, 2023, and January 29, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 7,000 pages of police reports, FBI serials, wiretap documents, intercepted calls and text messages, photographs, and other media.  This discovery has been either produced directly to counsel and/or made available for inspection and copying in multiple batches, with the most

recent production on December 20, 2019.  In addition, since the last status conference, the parties have also engaged in plea discussions.

   b) Based on the above-stated findings, the ends of justice served by resetting the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   c) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 12, 2023 to January 29, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 30, 2023

          PHILLIP A. TALBERT
          United States Attorney

          /s/ LAUREL J. MONTOYA
          LAUREL J. MONTOYA
          Assistant United States Attorney

Dated:  October 30, 2023

          /s/ ANTHONY CAPOZZI
          ANTHONY CAPOZZI
          Counsel for Defendant
          ALEJANDRO ARIAS

**[Remainder of this page intentionally left blank.]**

IT IS SO ORDERED.

Dated:   October 31, 2023

_____
UNITED STATES DISTRICT JUDGE