PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ALEJANDRO ARIAS,<br><br>            Defendant. | CASE NO. 1:19-CR-00215-NODJ-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 29, 2024<br>TIME: 8:30 a.m.<br>COURT: |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on January 29, 2024.

2. By this stipulation, both parties now move to continue the change of plea until March 4, 2024, and to exclude time between January 29, 2024, and March 4, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 7,000 pages of police reports, FBI serials, wiretap documents, intercepted calls and text messages, photographs, and other media. This discovery has been either produced directly to counsel and/or made available for inspection and copying in multiple batches, with the most recent production on December 20, 2019. In addition, since the last continuance of the status

conference, the parties have engaged in plea discussions and the United States has sent a plea offer to counsel for Arias.

      b)      Counsel for defendant desires additional time to consult with his client, review the charges and discovery, conduct investigation, and discuss a potential resolution with his client and the government. Counsel also needs time to discuss and review the plea offer with Arias.

      c)      Both parties believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 29, 2024 to March 4, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 22, 2024                      PHILLIP A. TALBERT
                                                    United States Attorney

                                                    /s/ LAUREL J. MONTOYA
                                                    LAUREL J. MONTOYA
                                                     Assistant United States Attorney

Dated: January 22, 2024 /s/ *Anthony Capozzi*
ANTHONY CAPOZZI
Counsel for Defendant
ALEJANDRO ARIAS

**FINDINGS AND ORDER**

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and that time is deemed excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS ORDERED that the change of plea set for January 29, 2024, is continued to March 4, 2024, and that the time between January 29, 2024 to and through March 4, 2024 be excluded from the time in which trial must commence.

IT IS SO ORDERED.

Dated: **January 23, 2024**

UNITED STATES DISTRICT JUDGE