ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:	(559) 221-0200
Facsimile:	(559) 221-7997
E-Mail:	Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ALEJANDRO ARIAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | CASE NO. 1:19-CR-00215-NODJ-BAM |
| ) | |
| Plaintiff, ) | STIPULATION REGARDING |
| ) | EXCLUDABLE TIME PERIODS UNDER |
| v. ) | SPEEDY TRIAL ACT; ORDER |
| ) | |
| ALEJANDRO ARIAS, ) | DATE: April 22, 2024 |
| ) | TIME: 8:30 AM |
| Defendant. ) | Court: 5 |
| ) | |

Defendant, Alejandro Arias, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, United States of American, by and through its counsel of record, Assistant United States Attorney, Laurel J. Montoya, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on April 22, 2024.

2. By this stipulation, both parties now come to continue the change of plea until August 12, 2024, and to exclude time between April 22, 2024, and August 12, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has presented that the discovery associated with this case includes over 7,0000 pages of police reports, FBI serials, wiretap documents, intercepted calls and text messages, photographs, and other media. This discovery has been either produced directly to counsel and /or made available for inspection and copying in multiple batches. In

addition, since the last continuance of the status conference, the parties have engaged in plea discussions and the United States has sent a plea offer to counsel for Arias.

   b) Counsel for defendant desires additional time to consult with his client, review the charges and discovery, conduct investigation, and discuss a potential resolution with his client and the government.  Counsel also needs time to discuss and review the plea offer with Arias.  There have been recent developments since the last request to continue the change of plea hearing was submitted to the Court of approval.

   c) Both parties believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the speedy Trail Act.

   e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 22, 2024, to August 12, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C § 3161 (h)(7)(A), B(iv) [Local Code T4] because it results form a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trail Act dictate that additional time periods are excludable form the period within which a trial must commence

**IT IS SO STIPULATED.**

Dated: April 17, 2024,         */s/ ANTHONY P. CAPOZZI*_____
                    ANTHONY P. CAPOZZI, Attorney for ALEJANDRO ARIAS

Dated: April 17, 2024,  PHILIP A. TALBERT
United States Attorney

*/s/ Laurel Montoya*_____
LAUREL MONTOYA
Assistant United States Attorney

### ORDER

IT IS SO ORDERED that the change of plea hearing is continued from April 22, 2024, to **August 12, 2024, at 8:30 am. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **April 18, 2024**           /s/ *Barbara A. McAuliffe*  _
UNITED STATES MAGISTRATE JUDGE