ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:	(559) 221-0200
Facsimile:	(559) 221-7997
E-Mail:	Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ALEJANDRO ARIAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| UNITED STATES OF AMERICA. | ) | CASE NO. 1:19-cr-00215-NODJ-BAM |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |
| v. | ) ) | |
| ALEJANDRO ARIAS, | ) ) | DATE: August 12, 2024<br>TIME: 9:00 AM<br>Court: Hon. John A. Mendez |
| Defendant. | ) ) ) | |

Defendant, Alejandro Arias, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, United States of American, by and through its counsel of record, Assistant United States Attorney, Laurel J. Montoya, hereby stipulate as follows:

1.  By previous order, this matter was set for change of plea on August 12, 2024.

2.  By this stipulation, both parties now move to continue the court appearance to October 7, 2024, and to exclude time between August 12, 2024, and October 7, 2024, under Local Code T4. Since a plea agreement has not been agreed to.

3.  Defense attorney, Anthony P. Capozzi begins an attempted murder case in People v. Jagtar Singh, Case No. F23903919, in the Fresno County Superior Court will be trailing the Singh case since the Rodriquez case was specifically set due to the victim's unavailability.

4. This attorney has two matters set in United States v. Stefan Kirkeby, Case No. 1:22CR00228-JLT-SKO, and United States v. Sawtantra Chopra, Case No. 1:18CR-00086-JLT-SKO set before Judge Thurston on August 12, 2024.

5. Meetings have been ongoing with the Assistant United States Attorney and federal agents, regarding the terms of a potential plea agreement.

6. Additional time is needed to negotiate a plea agreement.

7. Both parties believe that failure to grant the above-requested continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. Based on the above-states findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

9. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 12, 2024, to October 7, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the court's finding that ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

10. Nothing in this stipulation and order shall prelude a finding that other provisions of the Speedy Trai Act dictate that additional time periods are excludable form the period within which a trial must commence.

11. It is respectfully requested that this case be continued to October 7, 2024.

12. The government has no objection to this request.

**IT IS SO STIPULATED.**

Dated: July 19, 2024,                         /s/ ANTHONY P. CAPOZZI
                                              ANTHONY P. CAPOZZI, Attorney for
                                              ALEJANDRO ARIAS

Dated: July 19, 2024,                         PHILIP A. TALBERT
                                              United States Attorney

                                              /s/ Laurel Montoya
                                              LAUREL MONTOYA
                                              Assistant United States Attorney

## FINDINGS ORDER

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and that time is deemed excluded pursuant to 18 U.S.C. § 3161 (h)(7)(A), B(iv) [Local Code T4].

IT IS ORDERED that the **change of plea** set for August 12, 2024, is **CONTINUED** to **October 07, 2024**, and that the time period of August 12, 2024, to and through October 07, 2024, be excluded from the time in which trial must commence.

IT IS SO FOUND AND ORDERED.

Dated: July 24, 2024          /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE