ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-Mail:  Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ALEJANDRO ARIAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEJANDRO ARIAS, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 1:19-CR-00215-NODJ-BAM <br><br> **AMENDED** <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> DATE: October 9, 2024 <br> TIME: 9:00 AM <br> Court: Hon. James Soto |

Defendant, Alejandro Arias, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, United States of American, by and through its counsel of record, Assistant United States Attorney, Laurel J. Montoya, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on October 7, 2024, and continued to October 9, 2024.

2. By this stipulation, both parties now move to continue the court appearance to December 17, 2024, and to exclude time between October 9, 2024, and December 17, 2024, under 18 U.S.C. § 3161 (h)(7)(A), B(iv) [Local Code T4].

3. Meetings have been ongoing with the Assistant United States Attorney and federal agents, regarding the terms of a potential plea agreement.

4. Additional time is needed to negotiate a plea agreement.

5. Both parties believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. Based on the above-states findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 9, 2024, to December 17, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the court's finding that ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

8. Nothing in this stipulation and order shall prelude a finding that other provisions of the Speedy Trai Act dictate that additional time periods are excludable form the period within which a trial must commence.

9. It is respectfully requested that this case be continued to December 17, 2024.

10. The government has no objection to this request.

**IT IS SO STIPULATED.**

Dated: October 2, 2024,   /s/ ANTHONY P. CAPOZZI
ANTHONY P. CAPOZZI, Attorney for ALEJANDRO ARIAS

Dated: October 2, 2024,   PHILIP A. TALBERT
United States Attorney

/s/ Michael G. Tirney
MICHAEL G. TIERNEY
Assistant United States Attorney

# ORDER

IT IS SO ORDERED that the change of plea hearing is continued from October 9, 2024, to **December 17, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).  The Court also sets a status conference for **December 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. If the parties file the plea agreement in advance of December 11, 2024, the Court will vacate the status conference.

IT IS SO ORDERED.

Dated:   **October 2, 2024**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE