PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO ARIAS,<br><br>Defendant. | CASE NO. 1:19-CR-00215-NODJ-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: December 11, 2024<br>TIME: 11:00 a.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on December 11, 2024 and a cag of plea hearing on December 17, 2024.

2. By this stipulation, both parties now move to continue the status conference until March 26, 2025, and to exclude time between December 11, 2024, and March 26, 2025, under Local Code T4.

3. By this stipulation, the parties move to vacate the change of plea hearing set for December 17, 2024.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 7,000 pages of police reports, FBI serials, wiretap documents, intercepted calls and

text messages, photographs, and other media.  This discovery has been either produced directly to counsel and/or made available for inspection and copying in multiple batches.  In addition, since the last continuance of the status conference, the parties have engaged in plea discussions and the United States has sent a plea offer to counsel for Arias.

  b) Counsel for defendant requests additional time to determine how the recent decisions in *Bruen*, *Duarte*, and *Rahimi* might affect this matter.  Counsel for defendant desires additional time to consult with his client and the government concerning issues related to sentencing prior to entering a plea in this matter.

  c) Both parties believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 11, 2024 to March 26, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: December 9, 2024                    PHILLIP A. TALBERT
                                           United States Attorney


                                           /s/ LAUREL J. MONTOYA
                                           LAUREL J. MONTOYA
                                           Assistant United States Attorney


Dated: December 9, 2024                    /s/ *Anthony Capozzi*
                                           ANTHONY CAPOZZI
                                           Counsel for Defendant
                                           ALEJANDRO ARIAS


## FINDINGS AND ORDER

IT IS SO FOUND that the ends of justice are served by requested continuance.

IT IS FURTHER FOUND that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and that time is deemed excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS ORDERED that the status conference set for December 11, 2024 is continued to **March 26, 2025 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**, and that the time period of December 11, 2024 to and through March 26, 2025 be excluded from the time in which trial must commence.  The Court intends to set a trial date at the next status conference.

IT IS ORDERED that the change of plea hearing set for December 17, 2024 is vacated.

IT IS SO ORDERED.

Dated:   **December 10, 2024**              /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3