MICHELE BECKWITH
Acting United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00215-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ALEJANDRO ARIAS, | DATE: March 26, 2025 |
| Defendant. | TIME: 10:30 a.m. |
| | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on March 26, 2025.

2. By this stipulation, both parties now move to continue the status conference to April 23, 2025, and to exclude time between March 26, 2025, and April 23, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 7,000 pages of police reports, FBI serials, wiretap documents, intercepted calls and text messages, photographs, and other media. This discovery has been either produced directly to counsel and/or made available for inspection and copying in multiple batches. In addition, since the last status conference, the parties have also engaged in plea discussions.

    b)  The attorney for defendant Arias is currently engaged in a jury trial and unavailable on the date currently set for status.

    c)  The parties expect the matter to resolve without a trial but need additional time to solidify the plea agreement details.

    d)  Based on the above-stated findings, the ends of justice served by resetting the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 26, 2025 to April 23, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  March 24, 2025        MICHELE BECKWITH
                 Acting United States Attorney

                 /s/ LAUREL J. MONTOYA
                 LAUREL J. MONTOYA
                 Assistant United States Attorney

Dated:  March 24, 2025        /s/ ANTHONY CAPOZZI
                 ANTHONY CAPOZZI
                 Counsel for Defendant
                 ALEJANDRO ARIAS

**[Remainder of this page intentionally left blank.]**

**ORDER**

The request for a continuance is DENIED. Counsel are directed to meet and confer and select a mutually convenient date for trial to be discussed at the next hearing date. Alternatively, the parties may stipulate to the trial date, with an appropriate exclusion of time. The stipulation must be filed no later than noon on Tuesday, March 25, 2025.

IT IS SO ORDERED.

Dated:   **March 24, 2025**           /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE