MICHELE BECKWITH
Acting United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>ALEJANDRO ARIAS,<br><br>                  Defendant. | CASE NO.  1:19-CR-00215-NODJ-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 26, 2025<br>TIME: 10:30 a.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status conference on March 26, 2025.

2.      By this stipulation, both parties now move to set the matter for jury trial on September 30, 2025, and to exclude time between March 26, 2025, and September 30, 2025, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes over 7,000 pages of police reports, FBI serials, wiretap documents, intercepted calls and text messages, photographs, and other media.  This discovery has been either produced directly to counsel and/or made available for inspection and copying in multiple batches.  In addition, since the last status conference, the parties have continued to engage in plea discussions.

b)      The attorney for defendant Arias is currently engaged in a jury trial and unavailable on the date currently set for status.

c)      The parties expect the matter to resolve without a trial but need additional time to solidify the plea agreement details.

d)      The parties have met and conferred and agreed on a mutually agreeable date for a jury trial in this matter.

e)      Based on the above-stated findings, the ends of justice served by resetting the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 26, 2025 to September 30, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 24, 2025                                    MICHELE BECKWITH
                                                         Acting United States Attorney


                                                          /s/ LAUREL J. MONTOYA
                                                         LAUREL J. MONTOYA
                                                         Assistant United States Attorney


Dated:  March 24, 2025                                    /s/ ANTHONY CAPOZZI
                                                         ANTHONY CAPOZZI
                                                         Counsel for Defendant
                                                         ALEJANDRO ARIAS

### ORDER

IT IS SO ORDERED that the status conference set for March 26, 2025, is vacated. A jury trial is set for **September 30, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Estimate time of trial is **3-4 days**. A trial confirmation is set for **September 15, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **March 24, 2025**              /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE