ANTHONY P. CAPOZZI, CSBN: 068525
LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-Mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ALEJANDRO ARIAS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>ALEJANDRO ARIAS, )<br><br>Defendant. ) | CASE NO.: 1:19-CR-00215-DAD-EPG<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER**<br><br>Date: January 12, 2026<br>Time: 10:00 a.m.<br>Honorable Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney, Laurel Jackson Montoya, counsel for Plaintiff, and Anthony P. Capozzi, counsel for defendant, Alejandro Arias, that the Court continue the sentencing hearing currently scheduled for January 12, 2026 to February 9, 2026 at 10:00 a.m.

1. This continuance is requested based on this attorney's unavailability due to a two week jury trial in *People v. Shahan,* case number F23904463, in the Fresno County Superior Court that begins on January 8, 2026.

2. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

IT IS SO STIPULATED.

DATED: January 7, 2025

/s/ *Anthony P. Capozzi.*
ANTHONY P. CAPOZZI, Attorney For
ALEJANDRO ARIAS

ERIC GRANT
United States Attorney

DATED: January 7, 2025

/s/ *Laurel J. Montoya*
LAUREL JACKSON MONTOYA
Assistant United States Attorney

### ORDER

IT IS HEREBY ORDERED that the sentencing hearing scheduled for January 12, 2026 be continued to February 9, 2026, at 10:00 a.m. before Honorable Dale A. Drozd.

DATED: January 7, 2026

Troy L. Nunley
Chief United States District Judge