ANTHONY P. CAPOZZI, SBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 WEST SHAW AVENUE, SUITE 102
FRESNO, CALIFORNIA 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-Mail:  anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
ALEJANDRO ARIAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| UNITED STATES OF AMERICA, | CASE NO.: 1:19-CR-00215-DAD-EPG |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING EXONERATION OF BOND; AND ORDER |
| ALEJANDRO ARIAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney, Laurel Jackson Montoya, counsel for Plaintiff, and Anthony P. Capozzi, counsel for defendant, Alejandro Arias, that the court enter an order to exonerate bond previously posted by the defendant in the above-entitled matter.

On September 30, 2019, a fifty-thousand-dollar bond was posted by the defendant.

This matter has since been resolved and closed, and there no further proceedings pending before the Court.

Accordingly, it is respectfully requested that the Court order the previously posted bond in the amount of fifty-thousand-dollars be exonerated and released.

Respectfully submitted,

Dated: February 12, 2026                 /s/ Anthony P. Capozzi                 .
                                         ANTHONY P. CAPOZZI, Attorney for
                                         ALEJANDRO ARIAS


Dated: February 12, 2026                 /s/ Laurel J. Montoya                 .
                                         LAUREL J. MONTOYA, Assistant
                                         United States Attorney


### ORDER

IT IS HEREBY ORDERED that the bond previously posted in this matter on September 30, 2019, in the amount of fifty-thousand-dollars ($50,000.00) is hereby EXONERATED.

IT IS FURTHER ORDERED that any funds held by the Clerk of Court in connection with said bond shall be released and returned to the depositor of record, in accordance with the Court's standard procedures.

IT IS SO ORDERED.

Dated:   **February 12, 2026**        _____
                                      DALE A. DROZD
                                      UNITED STATES DISTRICT JUDGE